**FILED: 2/7/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kevin Hepler*, | CASE NO. CV 11-8013-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *American Loan Servicing, Inc., et al.*, | |
| Defendants. | |

    Pursuant to the Court's February 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Kevin Hepler's ("Plaintiff") claims against Defendants American Home Mortgage Servicing, Inc., erroneously sued as American Loan Servicing, Inc., and HSBC Bank USA, National Association, as Trustee for the ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP1, Asset Backed Pass-Through Certificates are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 7, 2012

                                                                         _____
                                                                         GEORGE H. KING
                                                             United States District Judge